1
2
3
4
5
6                                          **JS-6**
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  CHESTER M. HUNT, JR.;      )   Case No. EDCV 12-02171-VAP
    LYNDA SUSAN HUNT,          )   (OPx)
12                             )
                Plaintiff,     )   **JUDGMENT**
13                             )
          v.                   )
14                             )
    U.S. BANK, NATIONAL        )
15  ASSOCIATION, AS TRUSTEE    )
    FOR THE HOLDERS OF MASTR   )
16  ADJUSTABLE RATE
    MORTGAGES TRUST 2007-3,
17  et al.,
18              Defendants.
19  _____
20  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
21       Pursuant to the Order filed herewith, IT IS ORDERED
22  AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH
23  PREJUDICE.  The Court orders that such judgment be
24  entered.
25
26
27  Dated: April 3, 2013        _____
                                    VIRGINIA A. PHILLIPS
28                                  United States District Judge